Craig A. Brandt, Esq.  SB#133905
LAW OFFICE OF CRAIG A. BRANDT
5354 James Avenue
Oakland, CA  94618
Telephone:  (510) 601-1309
Email:  craigabrandt@att.net

Adam D. Brumm, Esq.  SB#257906
Eden Environmental Defenders
1520 E. Covell Blvd, Suite B5-611
Davis, CA  95616
Telephone: (800) 545-7215, Extension 906
Email:  adam@edendefenders.org

Attorneys for Plaintiff
CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No.:  2:22-cv-02174-DJC-JDP<br><br>**AMENDED STIPULATION TO MODIFY THE SCHEDULING ORDER; ORDER** |

　　　Plaintiff Central Valley Eden Environmental Defenders, LLC ("Plaintiff") and Defendant Nutrien Ag Solutions, Inc. ("Defendant") hereby submit this Amended Stipulation to Modify the Court's Scheduling Order and [Proposed] Order.

Amended Stipulation to Extend Discovery Deadlines – Page 1

1. WHEREAS, on April 4, 2023, this Court entered a Scheduling Order [ECF No. 18] setting the fact discovery cut-off date for December 15, 2023; the initial expert disclosure and export report deadline for January 15, 2024; the rebuttal expert disclosure and report deadline for February 15, 2024; and the expert discovery cut-off date for March 15, 2024;

WHEREAS, Plaintiff and Defendant are in the process of exploring a settlement of this matter which may include dismissal with prejudice, based primarily on the pending sale and closure of Defendant's property and facility which is the subject of this litigation;

WHEREAS, based on the foregoing, Plaintiff and Defendant desire a 90-day extension of the fact and expert discovery deadlines as follows:

Fact Discovery Cut-Off date extended to **March 15, 2024**;

Initial Expert Disclosure and Reports deadline extended to **April 15, 2024**;

Supplemental Expert Disclosure and Reports deadline extended to **May 15, 2024**; and

Expert Discovery Cut-Off Date extended to **June 17, 2024**;

Dispositive Motion Filing Deadline extended to **August 16, 2024;**

Dispositive Motion Hearing Date scheduled for **October 10, 2024, at 1:30 pm;**

Final Pretrial Conference scheduled for **December 12, 2024, at 1:30 pm**; and

Jury Trial scheduled for **February 10, 2025, at 9:00 am**.

Dated: November 8, 2023                             Respectfully,

                                            By: __/S/ Craig A. Brandt_____
                                                Craig A. Brandt
                                                Attorney for Plaintiff

Dated: November 8, 2023                             Respectfully,

                                            By: __Tiffany R. Hedgpeth_____
                                                Tiffany R. Hedgpeth
                                                Attorney for Defendant

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Fact and Expert Discovery deadlines previously set by this Court's April 4, 2023, Scheduling Order are modified as follows:

Fact Discovery Cut-Off date:  **March 15, 2024**;

Initial Expert Disclosure and Reports deadline:  **April 15, 2024**;

Rebuttal Expert Disclosure and Reports deadline:  **May 15, 2024**;

Expert Discovery Cut-Off Date: **June 17, 2024**;

Dispositive Motion Filing Deadline: **August 16, 2024;**

Dispositive Motion Hearing Date: **October 10, 2024, at 1:30 pm;**

Final Pretrial Conference: **December 12, 2024, at 1:30 pm**; and

Jury/Bench Trial:  **February 10, 2025, at 9:00 am**.

IT IS SO ORDERED.

Dated:  November 8, 2023          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE