1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, a California limited liability company,<br>　　　　Plaintiff,<br>　　v.<br>NUTRIEN AG SOLUTIONS, INC., a California corporation; and DOES 1-10, inclusive,<br>　　　　Defendant. | Case No.: 2:22-cv-02174-DJC-JDP<br>Hon. Daniel J. Calabretta<br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　December 7, 2022 |

# **ORDER**

The stipulation is approved.

The action against defendant NUTRIEN AG SOLUTIONS, INC. is hereby dismissed with prejudice.  Each party is to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: January 8, 2024   /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE